The United States *v.* Livingston et al.

## Order.

---

THE UNITED STATES, APPELLANTS, *v.* LOUISE LIVINGSTON, THE WIDOW AND SOLE EXECUTRIX OF THE LAST WILL AND TESTAMENT OF EDWARD LIVINGSTON, DECEASED, AND CORA LIVINGSTON, THE ONLY CHILD AND FORCED HEIR OF SAID EDWARD LIVINGSTON, AND THE WIFE OF THOMAS BARTON.

THIS was an appeal from the District Court of the United States for the District of Louisiana, and was a claim under the Bastrop grant. It was included in the opinion of the court in the preceding case of the United States *v.* The Cities of Philadelphia and New Orleans, — which see.